UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:04-CR-33 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| RAYMOND CARTWRIGHT, JR. | ) | |

### **O R D E R**

For the reasons stated in the accompanying Memorandum, the Court hereby **DENIES** Defendant Raymond Cartwright, Jr.'s renewed motion for judgment of acquittal or, in the alternative, motion for a new trial (Court File No. 58).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**